Filed 8/8/23  P. v. Warmack CA3

NOT TO BE PUBLISHED

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

THIRD APPELLATE DISTRICT

(Butte)

----

| | |
|---|---|
| THE PEOPLE, | C096155 |
| Plaintiff and Respondent, | (Super. Ct. Nos. 20CF04660, 21CF01810) |
| v. | |
| MICHAEL WARMACK, | |
| Defendant and Appellant. | |

Appointed counsel for defendant Michael Warmack filed an opening brief that sets forth the facts of the case and asks this court to review the record and determine whether there are any arguable issues on appeal.  (*People v. Wende* (1979) 25 Cal.3d 436.) Finding no arguable errors that would result in a disposition more favorable to defendant, we will affirm the judgment.

1

During a traffic stop, a law enforcement officer found "several large bags of marijuana filling the backseat" of a vehicle defendant was in along with another person. The officer also found "large amounts of cash, a pay-owe sheet[,] and methamphetamine packaged for sale." After conducting a records check, the officer learned neither defendant nor the other individual had a valid driver's license. The officer arrested defendant and the People subsequently charged him in Butte County Superior Court case No. 20CF04660 (case No. 660) with possession of methamphetamine for sale (Health & Saf. Code, § 11378), transportation of methamphetamine for sale (Health & Saf. Code, § 11379, subd. (a)), and possession of marijuana for sale (Health & Saf. Code, § 11359, subd. (b)). On November 12, 2020, defendant pled not guilty; he was released on his own recognizance and ordered to appear for the preliminary hearing.

On April 6, 2021, in Butte County Superior Court case No. 21CF01810 (case No. 810), the People charged defendant with failing to appear after being released on his own recognizance. (Pen. Code, § 1320, subd. (b).) Defendant was later remanded into custody and bail was reinstated on July 29, 2021.

Defendant pled no contest to possession of methamphetamine for sale in case No. 660 and failing to appear in case No. 810, and admitted committing the crime while out on his own recognizance. In exchange for defendant's plea, the parties agreed to dismiss the remaining charges and allegations in case Nos. 660 and 810, as well as Butte County Superior Court case No. 21CF03242. The parties also agreed the probation report provided the factual basis for the plea.

The trial court sentenced defendant to the middle term of two years in case No. 660 and a consecutive term of eight months in case No. 810. The court ordered defendant to serve 180 days in "county prison" and the remaining term on mandatory supervision. The court awarded defendant 20 days of custody credit and ordered him to

pay various fines and fees.  Defendant filed a notice of appeal without a certificate of probable cause.

## DISCUSSION

Appointed counsel filed an opening brief that sets forth the facts and procedural history of the case and asks this court to review the record and determine whether there are any arguable issues on appeal.  (*People v. Wende, supra*, 25 Cal.3d 436.)  Defendant was advised by counsel of his right to file a supplemental brief within 30 days from the date the opening brief was filed.  More than 30 days have elapsed, and defendant has not filed a supplemental brief.

Having undertaken an examination of the entire record pursuant to *Wende*, we find no arguable errors that are favorable to defendant.  Accordingly, we will affirm the judgment.

## DISPOSITION

The judgment is affirmed.


                           /s/
                        BOULWARE EURIE, J.


We concur:


   /s/
DUARTE, Acting P. J.


   /s/
KRAUSE, J.